# Order

Michigan Supreme Court
Lansing, Michigan

March 31, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148927(54)

MATTHEW HELTON,
      Plaintiff-Appellant,

v

LISA MARIE BEAMAN and DOUGLAS
BEAMAN,
      Defendants-Appellees.
_____/

SC:  148927
COA:  314857
Oakland CC Family Division:
  2012-798218-DP

      By order of the Chief Justice, the motion of the State Bar of Michigan Family Law Council to file a late amicus curiae brief is GRANTED.  The amicus brief submitted on March 26, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015



Clerk